■ In the Matter of PENN-DIXIE CEMENT CORPORATION, Respondent, against BOARD OF ASSESSORS OF CITY OF BUFFALO, Appellant. (Tax Year 1953–1954.) — Order affirmed, with costs. All concur. (Appeal from an order of Erie Supreme Court, reducing the assessment on property and directing the return of overpayment of taxes.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.